

07/10/2009

Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KRISTAN LOUISE BOURESTOM | § | CASE NO. 09-40319-BTR-13 |
| | § | |
| Debtor | § | CHAPTER 13 |

## ORDER ALLOWING MOTION FOR APPROVAL AND REQUEST FOR PAYMENT OF ATTORNEY'S FEES AS ADMINISTRATIVE EXPENSE

CAME ON BEFORE THE COURT, Debtor's Attorney's Motion for Approval and Request for Allowance of Attorneys Fees as an Administrative Expense, in the above-captioned Chapter 13 Proceeding. The Court, having considered the Motion, and finding proper notice to all parties has been given, and consideration of the grounds set for in said Motion, determines the Leinart Law Firm, Debtor's counsel, is allowed an administrative expense for reasonable and necessary expenses incurred and associated with the prosecution of this case, said administrative expense being allowed pursuant to 11 U.S.C. §1326(a)(2) AND §503(b). It is, therefore,

ORDERED the Leinart Law Firm is allowed total fees in the amount of $3,000.00. Further, it is ordered that the Leinart Law Firm may withdraw the pre-petition retainer in the amount of $200.00 deposited in the attorney's IOLTA account in payment of a portion of the total fee. It is further ordered that the Leinart Law Firm be paid attorney's fees in the sum of no greater than $2,800.00 out of the funds held by the Chapter 13 Trustee.

SIGNED:

Signed on 07/10/2009

*Brenda T. Rhoades*  SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE